# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cohill, Jr., Maurice B. | U.S. District Court, W. D. PA | 08/10/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior District Judge, Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

8170 U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chairman Emeritus, Board of Fellows (unpaid) | National Center for Juvenile Justice |
| 2. | Director, Board of Directors (unpaid) | George Junior Republic, Grove City, PA |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/11 | Commonwealth of Pennsylvania State Employees' Retirement System (Pension) | $9,026.88 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 04/22/2011 | Proprietor of Irish Pub, Pittsburgh, PA |
| 2. 04/22/2011 | Lawyer for Thorp, Reed & Armstrong, Pittsburgh, PA |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Allegheny Energy Inc | A | Dividend | J | T | | | | | |
| 2.  Citigroup | A | Dividend | J | T | | | | | |
| 3.  Delphi Automative | A | Dividend | J | T | | | | | |
| 4.  E.I. Du Pont | A | Dividend | J | T | | | | | |
| 5.  General Electric Corp | A | Dividend | J | T | | | | | |
| 6.  General Motors (worthless) | A | Dividend | J | T | | | | | |
| 7.  IBM | A | Dividend | J | T | | | | | |
| 8.  Black Box Corp | A | Dividend | J | T | | | | | |
| 9.  Cisco Systems Inc | A | Dividend | J | T | | | | | |
| 10.  Dell Computer Corp | A | Dividend | J | T | | | | | |
| 11.  Scudder Technology | A | Dividend | J | T | | | | | |
| 12.  Vanguard Mutual Funds-PA Tax-Free Municipal | A | Dividend | J | T | | | | | |
| 13.  Vanguard Mutual Funds - S&P Index 500 | A | Dividend | J | T | | | | | |
| 14.  Vanguard Mutual Funds - Capital Opportunity Fund | A | Dividend | J | T | | | | | |
| 15.  Vanguard Mutual Funds - Intl Emerging Markets | A | Dividend | J | T | | | | | |
| 16.  Vanguard Mutual Funds - Precious Metals & Mining | A | Dividend | J | T | | | | | |
| 17.  Abbot Laboratories (ABT) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Activision Blizzard Inc (ATVI) (X) | A | Dividend | J | T | | | | | |
| 19. Aecom Technology Corp (ACM) (X) | A | Dividend | J | T | | | | | |
| 20. Alcoa Inc (AA) (X) | A | Dividend | J | T | | | | | |
| 21. Allianz Se Ads (AZSEY) (X) | A | Dividend | J | T | | | | | |
| 22. Allstate Corp (ALL) (X) | A | Dividend | J | T | Sold (part) | 8/10/11 | J | A | |
| 23. Alstrom Adr (ALSMY) (X) | A | Dividend | J | T | | | | | |
| 24. Alumina Ltd (AWC) (X) | A | Dividend | J | T | | | | | |
| 25. AMC Networks Inc Ci A (AMCX) (X) | A | Dividend | J | T | | | | | |
| 26. American Capital Agency (AGNC) (X) | A | Dividend | J | T | Buy (add'l) | 6/28/11 | J | | |
| 27. American Electric Power Co (AEP) (X) | A | Dividend | J | T | | | | | |
| 28. American Water Works Co (AWK) (X) | A | Dividend | J | T | | | | | |
| 29. Amylin Pharmaceuticals Inc (AMLN) (X) | A | Dividend | J | T | | | | | |
| 30. Anadarko Pete (APC) (X) | A | Dividend | J | T | | | | | |
| 31. Analog Devices Inc (ADI) (X) | A | Dividend | J | T | | | | | |
| 32. Anglogold Ashanti Limited (AU) (X) | A | Dividend | J | T | | | | | |
| 33. Annaly Capital Mngmt Inc (NLY) (X) | A | Dividend | J | T | Buy (add'l) | 6/24/11 | J | | |
| 34. Annaly Capital Mngmt Inc (NLY) (X) | A | Dividend | J | T | Sold (part) | 11/28/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Astrazeneca Plc Ads (AZN) (X) | A | Dividend | J | T | | | | | |
| 36. AT&T Inc (T) (X) | A | Dividend | J | T | | | | | |
| 37. Autodesk Inc Delaware (ADSK) (X) | A | Dividend | J | T | | | | | |
| 38. Avanced Micro Devices (AMD) (X) | A | Dividend | J | T | | | | | |
| 39. Avery Dennison Corporation (AVY) (X) | A | Dividend | J | T | | | | | |
| 40. Axis Capital Holdings Ltd (AXS) (X) | A | Dividend | J | T | | | | | |
| 41. Babcock & Wilcox Company (BWC) (X) | A | Dividend | J | T | | | | | |
| 42. Barrick Gold Corp (ABX) (X) | A | Dividend | J | T | | | | | |
| 43. BCE Inc (New) (BCE) (X) | A | Dividend | J | T | | | | | |
| 44. Biogen Idec Inc (BIIB) (X) | A | Dividend | J | T | | | | | |
| 45. Bk Montreal (BMO) (X) | A | Dividend | J | T | | | | | |
| 46. Boeing Co (BA) (X) | A | Dividend | J | T | | | | | |
| 47. Boradrdige Fin Solu.llc *BR) (X) | A | Dividend | J | T | | | | | |
| 48. Boston Scientific Corp (BSX) (X) | A | Dividend | J | T | | | | | |
| 49. Brandywine Realty Tr Sbi New (BDN) (X) | A | Dividend | J | T | | | | | |
| 50. Bristol Myers Squibb (BMY) (X) | A | Dividend | J | T | Sold (part) | 11/18/11 | J | A | |
| 51. Broadcom Corp Cl A (BRCM) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Broadridge Fin Solu LLC (BR) (X) | A | Dividend | J | T | Buy (add'l) | 8/17/11 | J | | |
| 53. Brocade Commun Systems Inc (BRCD) (X) | A | Dividend | J | T | | | | | |
| 54. Cablevision Systems Corp (CVC) (X) | A | Dividend | J | T | Buy (add'l) | 9/2/11 | J | | |
| 55. Cameco Corp (CCJ) (X) | A | Dividend | J | T | | | | | |
| 56. Carefusion Corp (CFN) (X) | A | Dividend | J | T | | | | | |
| 57. Carrefour Sa Sponsored Adr (CRRFY) (X) | A | Dividend | J | T | | | | | |
| 58. Centerpoint Energy Inc (CNP) | A | Dividend | J | T | Buy | 6/27/11 | J | | |
| 59. Centrais Elec Bras Sp Adr Cm (EBR) (X) | A | Dividend | J | T | | | | | |
| 60. Chevron Corp (CVX) (X) | A | Dividend | J | T | | | | | |
| 61. Chimera Investment Corp (CIM) (X) | A | Dividend | | | Sold | 12/5/11 | J | A | |
| 62. Chubb Corp (CB) (X) | A | Dividend | J | T | | | | | |
| 63. Cincinnati Financial Ohio (CINF) (X) | A | Dividend | J | T | | | | | |
| 64. Cinemark Holdings Inc (CNNK) (X) | A | Dividend | J | T | | | | | |
| 65. Citigroup Capital IX Trust Pfd Securities (X) | A | Interest | J | T | | | | | |
| 66. Citigroup Inc New C (X) | A | Dividend | J | T | | | | | |
| 67. Citrix Systems Inc (CTXS) (X) | A | Dividend | J | T | | | | | |
| 68. Clorox Co De (CLX) (X) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CMS Energy Cp (CMS) (X) | A | Dividend | J | T | | | | | |
| 70. Colonial Properties Tr Alabama (CLP) (X) | A | Dividend | J | T | | | | | |
| 71. Comcast Corp Cl A Special New (CMCSK) (X) | A | Dividend | J | T | | | | | |
| 72. Conocophillips (COP) | A | Dividend | J | T | Buy | 11/4/11 | J | | |
| 73. Cons Edison Inc (Hldg Co) (ED) (X) | A | Dividend | J | T | | | | | |
| 74. Constellation Energy Gp Inc (CEG) | A | Dividend | J | T | Buy | 10/13/11 | J | | |
| 75. Covidien Plc New (COV) (X) | A | Dividend | J | T | Sold (part) | 8/16/11 | J | A | |
| 76. Cree Research Inc (CREE) (X) | A | Dividend | J | T | | | | | |
| 77. CVS Caremark Corp (CVS) (X) | A | Dividend | J | T | | | | | |
| 78. Dai Nipppn Prgt Ltd Japan (DNPLY) (X) | A | Dividend | J | T | | | | | |
| 79. Daiichi Sankyo Co Ltd Spon Adr (DSNKY) (X) | A | Dividend | J | T | | | | | |
| 80. Digital Realty Trust Inc (DLR) (X) | A | Dividend | J | T | | | | | |
| 81. Dolby Cla A Com Stk (DLB) (X) | A | Dividend | J | T | Buy (add'l) | 8/10/11 | J | | |
| 82. Donnelley R R & Sons Co (DD) (X) | A | Dividend | J | T | | | | | |
| 83. Du Pont Ei De Nemours & Co (DD) (X) | A | Dividend | J | T | | | | | |
| 84. Duke Energy Corp Hlding Co (DUK) (X) | A | Dividend | J | T | | | | | |
| 85. East Japan Ry Co Adr (EJPRY) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. El Paso Corporation (EP) (X) | A | Dividend | J | T | Sold (part) | 7/25/11 | J | A | |
| 87. El Paso Corporation (EP) (X) | A | Dividend | J | T | Buy (add'l) | 9/27/11 | J | | |
| 88. El Paso Corporation (EP) (X) | A | Dividend | | | Sold (part) | 10/20/11 | J | A | |
| 89. El Paso Ener Cap Ser (X) | A | Interest | J | T | | | | | |
| 90. Elan PLC (ELN) (X) | A | Dividend | K | T | | | | | |
| 91. Electricite De France Adr (ECIFY) (X) | A | Dividend | J | T | | | | | |
| 92. Eli Lilly & Co (LLY) (X) | A | Dividend | J | T | | | | | |
| 93. Embraer S A Adr (ERJ) (X) | A | Dividend | J | T | | | | | |
| 94. EMC Corp Mass (EMC) (X) | A | Dividend | J | T | | | | | |
| 95. Emerson Electric Co (EMR) | A | Dividend | J | T | Buy | 9/8/11 | J | | |
| 96. Endurance Spelty Hldgs Ltd (ENH) (X) | A | Dividend | J | T | | | | | |
| 97. Energen Corp (EGN) (X) | A | Dividend | J | T | | | | | |
| 98. Energizer Holdgs Inc (ENR) (X) | A | Dividend | J | T | | | | | |
| 99. Energy Transfer Partners LP (ETP) (X) | A | Dividend | J | T | | | | | |
| 100. Energy XXI Bermuda Ltd Com New (EXXI) (X) | A | Dividend | J | T | | | | | |
| 101. Enerplus Corp Com (ERF) (X) | A | Dividend | J | T | | | | | |
| 102. Entergy Corp New (ETR) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. EQT Corporation Com New (EQT) (X) | A | Dividend | J | T | | | | | |
| 104. Fifth 3rd Bancorp Ohio (FITB) (X) | A | Dividend | J | T | | | | | |
| 105. Finmeccanica Spa Roma (FINMY) (X) | A | Dividend | J | T | | | | | |
| 106. First American Finl Corp (FAF) (X) | A | Dividend | J | T | | | | | |
| 107. Firstenergy Corp (FE) (X) | A | Dividend | K | T | Buy (add'l) | 9/26/11 | J | | |
| 108. Fluor Corp New (FLR) (X) | A | Dividend | J | T | | | | | |
| 109. Forest Laboratories Inc (FRX) (X) | A | Dividend | J | T | | | | | |
| 110. Freeport McMoran CP&Gld (FCX) (X) | A | Dividend | J | T | | | | | |
| 111. Fujifilm Hldgs Corp Adr (FUJIY) (X) | A | Dividend | J | T | | | | | |
| 112. Gazprom O A O Spon Adr (OGZPY) (X) | A | Dividend | J | T | | | | | |
| 113. General Electric Co (GE) (X) | A | Dividend | J | T | Buy (add'l) | 12/2/11 | J | | |
| 114. Genuine Parts Co (GPC) (X) | A | Dividend | J | T | | | | | |
| 115. Gilead Sciense (GILD) (X) | A | Dividend | J | T | | | | | |
| 116. Glazosmithkline Plc Ads (GSK) (X) | A | Dividend | J | T | | | | | |
| 117. Gold Fields Ltd Sp Adr (GFI) (X) | A | Dividend | J | T | | | | | |
| 118. Grace Wr & Co Dela New (GRA) | A | Dividend | J | T | Buy | 12/15/11 | J | | |
| 119. Great Plains Energy Inc (GXP) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. H J Heinz Co (HNZ) (X) | A | Dividend | K | T | | | | | |
| 121. Hachijuni Bank Ltd Adr (HACBY) (X) | A | Dividend | J | T | | | | | |
| 122. Haemonetics Corp (HAE) (X) | A | Dividend | J | T | | | | | |
| 123. Hasbro Inc (HAS) (X) | A | Dividend | J | T | | | | | |
| 124. HCP Incorporated (HCP) (X) | A | Dividend | J | T | | | | | |
| 125. Health Care REIT Inc (HCN) (X) | A | Dividend | J | T | | | | | |
| 126. Home Retail Group Adr (HMRTY) (X) | A | Dividend | J | T | | | | | |
| 127. Honeywell International Inc (HON) (X) | A | Dividend | | | Sold | 8/17/11 | J | A | |
| 128. Hospitality Pptys Tr Com Sbi (HPT) | A | Dividend | J | T | Buy | 6/24/11 | J | | |
| 129. Hudson City Bancorp Inc (HCBK) (X) | A | Dividend | J | T | | | | | |
| 130. Human Genome Sciences Inc (HGSI) (X) | A | Dividend | J | T | Buy (add'l) | 8/5/11 | J | | |
| 131. Hutchison Telecommunications (HTHKY) (X) | A | Dividend | J | T | | | | | |
| 132. II VI Inc (IIVI) (X) | A | Dividend | K | T | | | | | |
| 133. Immunogen Inc (IMGN) (X) | A | Dividend | J | T | | | | | |
| 134. Intel Corp (INTC) (X) | A | Dividend | J | T | | | | | |
| 135. International Paper Co (IP) (X) | A | Dividend | J | T | | | | | |
| 136. Invesco Ltd (IVZ) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Isis Pharm Inc (ISIS) (X) | A | Dividend | J | T | | | | | |
| 138. Ivanhoe Mines Ltd (IVN) (X) | A | Dividend | | | Sold | 11/16/11 | J | A | |
| 139. Jack In The Box Inc (X) | A | Dividend | J | T | | | | | |
| 140. Johnson & Johnson (JNJ) (X) | A | Dividend | K | T | | | | | |
| 141. JPMorgan Chase & Co (JPM) (X) | A | Dividend | J | T | | | | | |
| 142. Kinder Morgan Mgmt LLC (KMR) (X) | A | Dividend | J | T | | | | | |
| 143. Kinross Gold Corp New (KGC) (X) | A | Dividend | J | T | | | | | |
| 144. Knight Cap Grp Inc (KCG) (X) | A | Dividend | J | T | | | | | |
| 145. Korea Electric Power Corp Ads (KEP) (X) | A | Dividend | J | T | | | | | |
| 146. Kraft Foods Inc CL A (KFT) (X) | A | Dividend | J | T | | | | | |
| 147. L-3 Communications Holding Inc (LLL) (X) | A | Dividend | J | T | | | | | |
| 148. Liberty Interactive Co Inter A (LINTA) (X) | A | Dividend | J | T | | | | | |
| 149. Liberty Media Co Liberty Cap A (LMCA) (X) | A | Dividend | J | T | | | | | |
| 150. Limited Brands Inc (LTD) | A | Dividend | J | T | Buy | 12/8/11 | J | | |
| 151. M&T Bank Corp (MTB) | A | Dividend | J | T | Buy | 10/18/11 | J | | |
| 152. Marine Harvest Asa Adr (MNHVY) (X) | A | Dividend | J | T | | | | | |
| 153. Mattel Inc (MAT) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Maxim Integrated Products Inc (MXIM) (X) | A | Dividend | J | T | | | | | |
| 155. McGraw Hills Cos Inc (MHP) (X) | A | Dividend | | | Sold | 9/28/11 | J | A | |
| 156. McGraw Hills Cos Inc (MHP) (X) | A | Dividend | | | Sold | 10/31/11 | J | A | |
| 157. McKesson Corp (MCK) (X) | A | Dividend | J | T | | | | | |
| 158. Meadwestvaco Corp (MWV) (X) | A | Dividend | J | T | | | | | |
| 159. Medtronic Inc (MDT) (X) | A | Dividend | J | T | | | | | |
| 160. Merck & Co Inc New Com (MRK) (X) | A | Dividend | J | T | | | | | |
| 161. Metlife Incorporated (MET) (X) | A | Dividend | J | T | | | | | |
| 162. MFA Financial Inc (MFA) (X) | A | Dividend | | | Sold | 10/27/11 | J | A | |
| 163. Microchip Technology Inc (MCP) (X) | A | Dividend | J | T | | | | | |
| 164. Microsoft Corp (MSFT) (X) | A | Dividend | J | T | | | | | |
| 165. Mine Safety Appliances Co (MSA) (X) | A | Dividend | J | T | | | | | |
| 166. MS&AD Ins Group Hldgs Adr (MSADY) (X) | A | Dividend | J | T | | | | | |
| 167. MSSB Spctrm Currency (Est. Val) (X) | A | Dividend | J | T | | | | | |
| 168. MSSB Spctrm Strategic (Est. Val) (X) | A | Dividend | J | T | | | | | |
| 169. MSSB Spctrm Tech (Est. Val) (X) | A | Dividend | J | T | | | | | |
| 170. National Oilwell Varco Inc (NOV) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Natl Grid Transco Plc Ads (NGG) (X) | A | Dividend | J | T | | | | | |
| 172. Newfield Expl Co (NFX) (X) | A | Dividend | | | Sold | 10/31/11 | J | A | |
| 173. New York Community Bancorp Inc (NYB) (X) | A | Dividend | J | T | | | | | |
| 174. Newcrest Mining Ltd Spons Adr (NCMGY) (X) | A | Dividend | J | T | | | | | |
| 175. Nexen Inc (NXY) (X) | A | Dividend | J | T | Buy (add'l) | 8/19/11 | J | | |
| 176. Nintendo Co Ltd Adr New (NTDOY) (X) | A | Dividend | J | T | | | | | |
| 177. Nippon Telegraph & Telephone Ads (NTT) (X) | A | Dividend | J | T | | | | | |
| 178. Nisource Inc (NI) (X) | A | Dividend | J | T | Buy (add'l) | 7/28/11 | J | | |
| 179. Nokia Cp Adr (NOK) (X) | A | Dividend | J | T | | | | | |
| 180. Northeast Utilities (NU) (X) | A | Dividend | J | T | Sold (part) | 11/15/11 | J | A | |
| 181. Nucor Corporation (NUE) (X) | A | Dividend | J | T | | | | | |
| 182. Old Republic Intl Cp (ORI) (X) | A | Dividend | J | T | | | | | |
| 183. Omnicom Group (OMC) (X) | A | Dividend | J | T | | | | | |
| 184. Oneok Inc New (OKE) (X) | A | Dividend | J | T | | | | | |
| 185. Pall Corporation (PLL) (X) | A | Dividend | J | T | | | | | |
| 186. Panasonic Corp - Spon Adr (PC) (X) | A | Dividend | J | T | | | | | |
| 187. Pfizer Inc (PFE) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. PNC Finl Svcs GP (PNC) (X) | A | Dividend | J | T | | | | | |
| 189. Polyus Gold Intl Ltd Spon Gdr (PLZLY) (X) | A | Dividend | J | T | | | | | |
| 190. PPL Corporation (PPL) (X) | A | Dividend | J | T | | | | | |
| 191. Progress Energy Inc (PGN) (X) | A | Dividend | J | T | | | | | |
| 192. Provident Energy Ltd New Com (PVX) (X) | A | Dividend | J | T | | | | | |
| 193. PT Telekomunikasi Indonesia (TLK) (X) | A | Dividend | J | T | | | | | |
| 194. Range Resources Corp (RRC) (X) | A | Dividend | J | T | | | | | |
| 195. Renaissance RE Holdings Ltd (RNR) (X) | A | Dividend | J | T | | | | | |
| 196. Rockwell Collins Inc (COL) (X) | A | Dividend | J | T | | | | | |
| 197. Rohm Co Ltd Unspons Adr (ROHCY) (X) | A | Dividend | J | T | | | | | |
| 198. Royal Dutch Shell Plc Cl B (RDS'B) (X) | A | Dividend | | | Sold | 10/13/11 | J | A | |
| 199. Sandisk Corp (SNDK) (X) | A | Dividend | J | T | | | | | |
| 200. Sanofi Adr (SNY) (X) | A | Dividend | J | T | | | | | |
| 201. Sanofi Cvr Rts 123120 (GCVRZ) (X) | A | Dividend | J | T | | | | | |
| 202. Scana Corp New (SCG) (X) | A | Dividend | J | T | | | | | |
| 203. Seadrill Ltd (SDRL) (X) | A | Dividend | J | T | | | | | |
| 204. Seagate Technology Plc (STX) (X) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Sekisui House Ltd Adr (SKHSY) (X) | A | Dividend | J | T | | | | | |
| 206. Sempra Energy (SRE) (X) | A | Dividend | J | T | | | | | |
| 207. Seven & I Holdgs Co Ltd Adr (SVNDY) (X) | A | Dividend | J | T | | | | | |
| 208. Shiseido Ltd Spon Adr (SSDOY) (X) | A | Dividend | J | T | | | | | |
| 209. Siemens Aktiengesellschaft (SI) (X) | A | Dividend | J | T | | | | | |
| 210. Sirius XM Radio Inc Com (X) | A | Dividend | J | T | | | | | |
| 211. SK Telecom Co Ltd (SKM) (X) | A | Dividend | J | T | | | | | |
| 212. Societe Generale Sp Adr (SCGLY) (X) | A | Dividend | J | T | | | | | |
| 213. Sonoco Products Co (SON) | A | Dividend | J | T | Buy | 9/27/11 | J | | |
| 214. Spdr Gold Tr Gold Shs (GLD) (X) | A | Dividend | J | T | | | | | |
| 215. Spectra Energy Corp Com (SE) (X) | A | Dividend | J | T | | | | | |
| 216. STHN Un Co New (SUG) (X) | A | Dividend | | | Sold | 7/28/11 | J | B | |
| 217. STHN Un Co New (SUG) (X) | A | Dividend | | | Sold | 9/23/11 | J | A | |
| 218. St Jude Medical Inc (ST J) (X) | A | Dividend | J | T | | | | | |
| 219. Statoil Asa Adr (STO) (X) | A | Dividend | J | T | | | | | |
| 220. Sumitomo Mitsui Tr Hldgs Inc (SUTNY) (X) | A | Dividend | J | T | | | | | |
| 221. Suntrust Bks (STI) | A | Dividend | J | T | Buy | 10/24/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Swisscom Ag Adr (SCMWY) (X) | A | Dividend | J | T | | | | | |
| 223. Talisman Energy Inc (TLM) (X) | A | Dividend | J | T | | | | | |
| 224. Te Connectivity Ltd New (TEL) (X) | A | Dividend | J | T | | | | | |
| 225. Teco Energy (TE) (X) | A | Dividend | | | Sold | 9/26/11 | J | A | |
| 226. Tel & Data Systems Special (TDS'S) (X) | A | Dividend | J | T | | | | | |
| 227. Telecom Italia Spa (New) Svgs Sh (TI'A) (X) | A | Dividend | J | T | | | | | |
| 228. Telefonica Sa Adr (TEF) (X) | A | Dividend | J | T | Buy (add'l) | 9/23/11 | J | | |
| 229. The China Fund Inc (CHN) (X) | A | Dividend | K | T | | | | | |
| 230. The Directiv Group Cl A (DTV) (X) | A | Dividend | J | T | Sold (part) | 6/27/11 | J | A | |
| 231. The Mosaic Co (HLDG Co) New (MOS) (X) | A | Dividend | J | T | | | | | |
| 232. Time Warner Inc New (TWX) (X) | A | Dividend | J | T | | | | | |
| 233. TNT Express Nv TNTEY) (X) | A | Dividend | J | T | | | | | |
| 234. Toyota Motor Cp Adr New (X) | A | Dividend | J | T | | | | | |
| 235. Transocean Ltd (RIG) (X) | A | Dividend | J | T | | | | | |
| 236. Tyco International Ltd New (TYC) (X) | A | Dividend | J | T | | | | | |
| 237. U S Bancorp Com New (USB) (X) | A | Dividend | J | T | | | | | |
| 238. UBS AG New (UBS) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Ultra Petroleum Corp (UPL) (X) | A | Dividend | J | T | | | | | |
| 240. Union Pacific Corp (UNP) (X) | A | Dividend | J | T | | | | | |
| 241. UnitedHealth Gp Inc (UNH) (X) | A | Dividend | J | T | Sold (part) | 9/8/11 | J | A | |
| 242. Valley Natl Bancorp (VLY) (X) | A | Dividend | J | T | | | | | |
| 243. Verizon Communications (VZ) (X) | A | Dividend | J | T | | | | | |
| 244. Vertex Pharmacueticals (VRTX) (X) | A | Dividend | J | T | | | | | |
| 245. Vodafone Gp Plc Ads New (VOD) (X) | A | Dividend | J | T | | | | | |
| 246. WABTEC (WAB) (X) | A | Dividend | J | T | | | | | |
| 247. Wacoal Cp Adr (WACLY) (X) | A | Dividend | J | T | | | | | |
| 248. Walgreen Co (WAG) (X) | A | Dividend | J | T | | | | | |
| 249. Weatherford International Ltd (WFT) (X) | A | Dividend | J | T | | | | | |
| 250. Wells Fargo & Co New (WFC) (X) | A | Dividend | J | T | | | | | |
| 251. Williams Co Inc (WMB) (X) | A | Dividend | J | T | | | | | |
| 252. Windstream Corp (WIN) (X) | A | Dividend | J | T | | | | | |
| 253. Wolters Kluwer Nv Spon Adr (WTKWY) (X) | A | Dividend | J | T | | | | | |
| 254. Wyndham Worldwide Corp (WYN) | A | Dividend | J | T | Buy | 8/29/11 | J | | |
| 255. Xcel Energy Inc (XEL) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  Xerox Corp (XRX) (X) | A | Dividend | J | T | | | | | |
| 257.  YPF Sociedad Ads Rep 1 Cl-d Sh (YPF) | A | Dividend | J | T | Buy | 11/15/11 | J | | |
| 258.  Zimmer Hldgs Inc (ZMH) (X) | A | Dividend | J | T | | | | | |
| 259.  Morgan Stanley Bank Accounts (X) | A | Interest | K | T | | | | | |
| 260. | | | | | | | | | |

1. Income Gain Codes:        A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000     G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less         K =$15,001 - $50,000       L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000     O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                         P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment              T =Cash Market
   (See Column C2)            U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Maurice B. Cohill, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544